UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
  §
Estela Salazar § Case No. 15-39630
  §
    Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CINDY M. JOHNSON, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/19/2018 in Courtroom ,
   Second Floor
   Joliet City Hall Building
   150 West Jefferson Street
   Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/20/2018          By: /s/ Cindy M. Johnson
                                       Chapter 7 Trustee

*Cindy M. Johnson, Trustee*
*140 S. Dearborn St.*
*Suite 1510*
*Chicago, IL 60603*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
Estela Salazar § Case No. 15-39630
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,000.00 |
| and approved disbursements of | $ | 431.30 |
| leaving a balance on hand of[1] | $ | 3,568.70 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Trustee Expenses: Cindy M. Johnson | $ 3.43 | $ 0.00 | $ 3.43 |
| Attorney for Trustee Fees: P. C. Zane Zielinski | $ 350.00 | $ 350.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,003.43 |
| Remaining Balance | $ 2,565.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,264.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 572.47 | $ 0.00 | $ 234.44 |
| 2 | Dell Financial Services, Llc | $ 366.13 | $ 0.00 | $ 149.94 |
| 3 | Capital One, N.A. | $ 1,950.10 | $ 0.00 | $ 798.61 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 2,228.04 | $ 0.00 | $ 912.43 |
| 5 | Department Store National Bank | $ 472.11 | $ 0.00 | $ 193.34 |
| 6 | Portfolio Recovery Associates, Llc | $ 675.21 | $ 0.00 | $ 276.51 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,565.27 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Cindy M. Johnson
Chapter 7 Trustee

*Cindy M. Johnson, Trustee*
*140 S. Dearborn St.*
*Suite 1510*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                    Case No. 15-39630-PSH
Estela Salazar                                            Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rgreen                Page 1 of 1                  Date Rcvd: Sep 21, 2018
                              Form ID: pdf006             Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
db             +Estela Salazar,    464 Winterberry Drive,    Yorkville, IL 60560-4100
24498172        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
24242777       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                  PO Box 10390,    Greenville, SC 29603-0390)
24536411        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA 98083-0657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24238599        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2018 00:51:19
                  American InfoSource LP as agent for,   TD Bank, USA,   PO Box 248866,
                  Oklahoma City, OK 73124-8866
24549364        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2018 00:51:16
                  Portfolio Recovery Associates, LLC,   Successor to GE CAPITAL RETAIL BANK,   (JC PENNEY),
                  POB 41067,    Norfolk, VA 23541
24513768       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2018 00:51:01
                  PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                                 TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
            Alonzo H Zahour    on behalf of Debtor 1 Estela  Salazar ahzlawyer@aol.com
            Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
            Zane L Zielinski    on behalf of Trustee Cindy M. Johnson trustee@zanezielinski.com,
             fax@zanezielinski.com
                                                                                             TOTAL: 4
```