# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Estela Salazar | § § | Case No. 15-39630 |
| Debtor | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 700.00
*(Without deducting any secured claims)*


Total Distributions to Claimants: 2,565.27      Claims Discharged
                                                Without Payment: 31,263.71


Total Expenses of Administration: 1,434.73

---

3) Total gross receipts of $ 4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,434.73 | 1,434.73 | 1,434.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,827.98 | 6,264.06 | 6,264.06 | 2,565.27 |
| **TOTAL DISBURSEMENTS** | $ 33,827.98 | $ 7,698.79 | $ 7,698.79 | $ 4,000.00 |

    4)  This case was originally filed under chapter 7 on  11/20/2015 .  The case was pending for 41 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/21/2019            By:/s/Cindy M. Johnson, Trustee
                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residence Of Deceased Father Potentially Sold And Proceeds D | 1110-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| Cindy M. Johnson | 2200-000 | NA | 3.43 | 3.43 | 3.43 |
| International Sureties, LTD | 2300-000 | NA | 1.30 | 1.30 | 1.30 |
| BOK Financial | 2600-000 | NA | 80.00 | 80.00 | 80.00 |
| P. C. Zane Zielinski | 3210-000 | NA | 350.00 | 350.00 | 350.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,434.73 | $ 1,434.73 | $ 1,434.73 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 982236 El Paso, TX 79998-2236 | | 712.00 | NA | NA | 0.00 |
| | Briston Kendall FPD EMS Division 103 East Beaver Street Yorkville, IL 60560-1704 | | 370.50 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | 1,810.72 | NA | NA | 0.00 |
| | Citi Cards Childrens Place PO Box 6077 Sioux Falls, SD 57117-6077 | | 528.00 | NA | NA | 0.00 |
| | Comenity Express Bankruptcy Department PO Box 182125 Columbus, OH 43218-2125 | | 2,119.21 | NA | NA | 0.00 |
| | Comenity Fashion Bug Bankruptcy Department PO Box 182125 Columbus, OH 43218-2125 | | 149.04 | NA | NA | 0.00 |
| | Comenity Limited Bankruptcy Department PO Box 182125 Columbus, OH 43218-2125 | | 2,276.32 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity New York Co Bankruptcy Dept Columbus, OH 43218-2125 | | 1,109.33 | NA | NA | 0.00 |
| | Comenity Torrid Bankruptcy Department PO Box182125 Columbus, OH 43218-2125 | | 516.31 | NA | NA | 0.00 |
| | Comenity Victorias Secret Bankruptcy Department PO Box 182125 Columbus, OH 43218-2125 | | 1,722.37 | NA | NA | 0.00 |
| | Fox Valley Cardiovascular PO Box 4157 Aurora, IL 60507-4157 | | 187.68 | NA | NA | 0.00 |
| | Fox Valley Medical Associates 2020 Ogden Ave Suite 140 Aurora, IL 60504 | | 6,170.08 | NA | NA | 0.00 |
| | GECRB Gap PO Box 965004 Orlando, FL 32896-5004 | | 648.64 | NA | NA | 0.00 |
| | GECRB PO Box 965033 Orlando, FL 32896-5033 | | 542.91 | NA | NA | 0.00 |
| | Inpatient Consultants of Illinois PO Box 92934 Los Angeles, CA 90009 | | 1,355.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nordstrom Bank PO Box 6555 Englewood, CO 80155 | | 996.17 | NA | NA | 0.00 |
| | Omnicare of Northern Illinois 8351 West Rockville Road Indianapolis, IN 46234 | | 314.00 | NA | NA | 0.00 |
| | Pathology Assoc of Aurora LLC 5700 Southwyck Blvd Toledo, OH 43614-1509 | | 799.25 | NA | NA | 0.00 |
| | Portfolio Recovery Associates c/o Jutla and Egan 120 Corporate Blvd Norfolk, VA 23502 | | 675.21 | NA | NA | 0.00 |
| | RMC Rehabilitation Medicine Clinic PO Box 83166 Chicago, IL 60691-0166 | | 298.50 | NA | NA | 0.00 |
| | Rush Copley Medical Group 2040 Ogden Ave Suite 313 Aurora, IL 60504-4714 | | 380.00 | NA | NA | 0.00 |
| | Valley Imaging Consultants LLC 2 Meridian Blvd Reading, PA 19610-3202 | | 3,835.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WFNNB Lane Bryant Retail Bankruptcy Department PO Box 182125 Columbus, OH 43218-2125 | | 48.68 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | 572.47 | 572.47 | 572.47 | 234.44 |
| 3 | Capital One, N.A. | 7100-000 | 1,950.10 | 1,950.10 | 1,950.10 | 798.61 |
| 2 | Dell Financial Services, Llc | 7100-000 | 366.13 | 366.13 | 366.13 | 149.94 |
| 5 | Department Store National Bank | 7100-000 | 471.11 | 472.11 | 472.11 | 193.34 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | 675.21 | 675.21 | 675.21 | 276.51 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 2,228.04 | 2,228.04 | 2,228.04 | 912.43 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 33,827.98 | $ 6,264.06 | $ 6,264.06 | $ 2,565.27 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-39630 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Estela Salazar | | | | Date Filed (f) or Converted (c): | 11/20/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/2015 |
| For Period Ending: | 03/21/2019 | | | | Claims Bar Date: | 05/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Bed, Dresser, Armoire, Computer | 500.00 | 0.00 | | 0.00 | FA |
| 2. One Ordinary Adult Supply | 200.00 | 0.00 | | 0.00 | FA |
| 3. Residence Of Deceased Father Potentially Sold And Proceeds D | Unknown | 4,000.00 | | 4,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $700.00       $4,000.00       $4,000.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor owns a 1/3 interest in a home (with her siblings) for a home still titled in her deceased father's name. No probate has been opened. Trustee retained attorney who advised that opening probate and litigating with siblings would consume most of the estate's value of real estate. Trustee settled with debtor and siblings for $4,000.00 for estate's interest in the real estate. Approved 10/20/17, doc. 30. Final report approved. Distributions made and all checks cleared. Trustee will be filing TDR shortly.

RE PROP #    3    --    1/29/16 an order was entered disallowing the exemption in full. Order of settlement 10/20/17, docket 30.

Initial Projected Date of Final Report (TFR): 10/24/2018       Current Projected Date of Final Report (TFR): 01/26/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-39630 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Estela Salazar | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0473 |
| | Checking |
| Taxpayer ID No: XX-XXX8452 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/21/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/17 | 3 | Zane L. Zielinski<br>6336 North Cicero<br>Suite 201<br>Chicago, Illinois 60646 | Buy out interest in the estate | 1110-000 | $4,000.00 | | $4,000.00 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,990.00 |
| 09/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,980.00 |
| 10/23/17 | 101 | Law Offices of Zane L. Zielinski<br>6336 North Cicero Avenue, Suite 201<br>Chicago, Illinois 60646 | Attorney fees | 3210-000 | | $350.00 | $3,630.00 |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,620.00 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,610.00 |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,600.00 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,590.00 |
| 02/15/18 | 102 | International Sureties, LTD<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | 2018 Blanket Bond | 2300-000 | | $1.30 | $3,588.70 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,578.70 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,568.70 |

Page Subtotals: $4,000.00 $431.30

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-39630 | | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: | Estela Salazar | | Bank Name: | BOK Financial |
| | | | Account Number/CD#: | XXXXXX0473 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX8452 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/21/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/22/18 | 103 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,000.00 | $2,568.70 |
| 10/22/18 | 104 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $3.43 | $2,565.27 |
| 10/22/18 | 105 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 40.95 % per court order. | 7100-000 | | $234.44 | $2,330.83 |
| 10/22/18 | 106 | Dell Financial Services, Llc<br>Resurgent Capital Services<br>Po Box 10390<br>Greenville, Sc 29603-0390 | Final distribution to claim 2 representing a payment of 40.95 % per court order. | 7100-000 | | $149.94 | $2,180.89 |
| 10/22/18 | 107 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 3 representing a payment of 40.95 % per court order. | 7100-000 | | $798.61 | $1,382.28 |
| 10/22/18 | 108 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 40.95 % per court order. | 7100-000 | | $912.43 | $469.85 |
| 10/22/18 | 109 | Department Store National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 | Final distribution to claim 5 representing a payment of 40.95 % per court order. | 7100-000 | | $193.34 | $276.51 |
| 10/22/18 | 110 | Portfolio Recovery Associates, Llc<br>Successor To Ge Capital Retail Bank<br>(Jc Penney)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 6 representing a payment of 40.95 % per court order. | 7100-000 | | $276.51 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,000.00 | $4,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,000.00 | $4,000.00 |
| Page Subtotals: | $0.00 | $3,568.70 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,000.00 | $4,000.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0473 - Checking | $4,000.00 | $4,000.00 | $0.00 |
|  | $4,000.00 | $4,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,000.00 |
| Total Gross Receipts: | $4,000.00 |

Page Subtotals:　　　　　　　　$0.00　　　　$0.00